UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROLINE LOONEY, AS PARENT AND GUARDIAN OF INDIA LOONEY AND ASIA LOONEY<br>    *Plaintiffs*, | : : : : : | CIVIL ACTION NO.<br>3:02CV1199 (AVC) |
| v. | : : | |
| STATE OF CONNECTICUT, DEPARTMENT OF ENVIRONMENTAL PROTECTION, AND JOHN PANAGIOTIDIS<br>    *Defendants*. | : : : : | JANUARY 27, 2004 |

### DEFENDANT STATE OF CONNECTICUT DEPARTMENT OF ENVIRONMENTAL PROTECTION'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendant State of Connecticut Department of Environmental Protection hereby moves for summary judgment because there is no genuine issue of material fact in dispute, and because the Defendant is entitled to judgment on all counts as a matter of law. A memorandum in support of this motion has been simultaneously submitted and contains an in-depth explanation of both the background of this matter and Defendant's legal arguments.

WHEREFORE, the Defendant State of Connecticut Department of Environmental Protection hereby requests the court to enter judgment on all counts in its favor.

> THE DEFENDANT
> STATE OF CONNECTICUT
> DEPARTMENT OF ENVIRONMENTAL
> PROTECTION
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY: _/s/ Michael R. Bullers_
> Michael R. Bullers
> Assistant Attorney General
> Juris No. 401977
> 55 Elm Street
> P.O. Box 120
> Hartford, CT 06141-0120
> Tel.: (860) 808-5160
> Fax: (860) 808-5384
> E-Mail: Michael.Bullers@po.state.ct.us

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 27th day of January 2004 first class postage prepaid, to the following counsel of record:

Francis D. Burke, Esquire
Mangines & Burke, LLC
1115 Main Street, Suite 708
Bridgeport, Connecticut 06604

David R. Wallman, Esq.
Wallman & DiRusso, LLC
750 Summer Street
Stamford, CT 06901

Michael R. Bullers
Assistant Attorney General