UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROLINE LOONEY, AS PARENT AND GUARDIAN OF INDIA LOONEY AND ASIA LOONEY<br>*Plaintiffs,* | : : : : | CIVIL ACTION NO.<br>3:02CV1199 (AVC) |
| v. | : : : | |
| STATE OF CONNECTICUT, DEPARTMENT OF ENVIRONMENTAL PROTECTION, AND JOHN PANAGIOTIDIS<br>*Defendants.* | : : : : | <br>JANUARY 27, 2004 |

## DEFENDANT DEPARTMENT OF ENVIRONMENTAL PROTECTION'S INDEX OF EVIDENCE

Exhibit 1—Conn. Gen. Stat. § 22a-2.

Exhibit 2—Section 23-4-1(a) through (k) of the Regulations of Connecticut State Agencies.

Exhibit 3—Affidavit of Donald Newton, CHRO Chief of Field Operations.

Exhibit 4—CHRO Complaint No. 0120414 filed on May 8, 2001 by Plaintiffs.

Exhibit 5—CHRO Decision dated June 1, 2001 dismissing Plaintiffs CHRO Complaint No. 0120414 for no reasonable cause, (untimely) lack of jurisdiction.

Exhibit 6—Affidavit of David Leff, DEP Deputy Commissioner.

Exhibit 6A—DEP Fact Finding Investigation Report, Sherwood Island Incident, 13 pages.

Exhibit 6B—Panagiotidis Contract.

THE DEFENDANT
STATE OF CONNECTICUT
DEPARTMENT OF ENVIRONMENTAL
PROTECTION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Michael R. Bullers
Assistant Attorney General
Federal Bar No. ct 04615
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel.:  (860) 808-5160
Fax:  (860) 808-5384
E-Mail: Michael.Bullers@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of

the Federal Rules of Civil Procedure on this 27th day of January 2004, first class postage prepaid,

to the following counsel of record:


Francis D. Burke, Esquire
Mangines & Burke, LLC
1115 Main Street, Suite 708
Bridgeport, Connecticut  06604

David R. Wallman, Esq.
Wallman & DiRusso, LLC
750 Summer Street
Stamford, CT 06901


Michael R. Bullers
Assistant Attorney General