

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

CAROLINE LOONEY, AS PARENT AND          :
GUARDIAN OF INDIA LOONEY
AND ASIA LOONEY                          :

vs.                                      :     CIVIL ACTION NO.
                                               302CV1199 (AVC)
STATE OF CONNECTICUT,                    :
DEPARTMENT OF ENVIRONMENTAL
PROTECTION, AND JOHN PANAGIOTIDIS   :     FEBRUARY    4 , 2004

### MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff files this Motion for Enlargement of Time up to and including March 31,

2004, for the purpose of responding to Defendant's Motion for Summary Judgment.   In

support of this motion, Plaintiff cites the following:

1.    This matter is scheduled for a Settlement Conference on February 26, 2004.

2.    Plaintiff's counsel has contacted Defendant's counsel who represents that he

has no objection to the granting of this motion.

3.    This is the first request for an enlargement of time regarding this time limit.

THE PLAINTIFF

BY _____
Francis D. Burke
MANGINES & BURKE, LLC
11115 Main Street, Suite 708
Bridgeport, CT  06604
(203) 336-0887
Fed. Bar No. 18688

## CERTIFICATION

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, this _4th_ day of February 2004, to:

Michael R. Bullers, Esq.
Attorney General's Office
P.O. Box 120
Hartford, CT  06141-0120


David M. Wallman, Esq.
Elizabeth A. DiRusso, Esq.
Wallman & DiRusso, LLC
750 Summer Street
Stamford, CT  06901

_____
Francis D. Burke