# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

CAROLINE LOONEY, AS PARENT AND          :
GUARDIAN OF INDIA LOONEY
AND ASIA LOONEY                          :

vs.                                      :          CIVIL ACTION NO.
                                                    302CV1199 (AVC)
STATE OF CONNECTICUT,                    :                  RKW
DEPARTMENT OF ENVIRONMENTAL
PROTECTION, AND JOHN PANAGIOTIDIS   :    FEBRUARY    4 , 2004

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff files this Motion for Enlargement of Time up to and including March 31, 2004, for the purpose of responding to Defendant's Motion for Summary Judgment.  In support of this motion, Plaintiff cites the following:

1.    This matter is scheduled for a Settlement Conference on February 26, 2004.

2.    Plaintiff's counsel has contacted Defendant's counsel who represents that he has no objection to the granting of this motion.

3.    This is the first request for an enlargement of time regarding this time limit.

Alfred V. Covello U.S.D.J.

SO ORDERED.