UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAR 24  P 1:59

|  |  |
|---|---|
| CAROLINE LOONEY, AS PARENT AND GUARDIAN OF INDIA LOONEY AND ASIA LOONEY | : : : |
| vs. | : : CIVIL ACTION NO. 302CV1199 (AVC) |
| STATE OF CONNECTICUT, DEPARTMENT OF ENVIRONMENTAL PROTECTION, AND JOHN PANAGIOTIDIS | : : : MARCH 22, 2004 |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff files this Motion for Enlargement of Time up to and including May 14, 2004, for the purpose of responding to Defendant's Motion for Summary Judgment. In support of this motion, Plaintiff cites the following:

1. The Settlement Conference originally scheduled for February 26, 2004 was rescheduled for March 24, 2004 at Defendant's request.

2. Plaintiff's counsel has contacted Defense counsel who represents that they have no objection to the granting of this motion.

3. This is the second request for an enlargement of time regarding this time limit.

THE PLAINTIFF

BY _____
Francis D. Burke
MANGINES & BURKE, LLC
11115 Main Street, Suite 708
Bridgeport, CT 06604
(203) 336-0887
Fed. Bar No. 18688

## CERTIFICATION

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, this 22nd day of March 2004, to:

Michael R. Bullers, Esq.
Attorney General's Office
P.O. Box 120
Hartford, CT 06141-0120

David M. Wallman, Esq.
Elizabeth A. DiRusso, Esq.
Wallman & DiRusso, LLC
750 Summer Street
Stamford, CT 06901

_____
Francis D. Burke