UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LOONEY, AS PARENT AND
OF INDIA LOONEY
OONEY

: CIVIL ACTION NO.
  302CV1199 (AVC)

CONNECTICUT,
ENT OF ENVIRONMENTAL
ON, AND JOHN PANAGIOTIDIS   :   MARCH ___, 2004

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

ntiff files this Motion for Enlargement of Time up to and including May 14, 2004,

ose of responding to Defendant's Motion for Summary Judgment. In support of

Plaintiff cites the following:

The Settlement Conference originally scheduled for February 26, 2004 was

d for March 24, 2004 at Defendant's request.

Plaintiff's counsel has contacted Defense counsel who represents that they

jection to the granting of this motion.

This is the second request for an enlargement of time regarding this time limit.

3:02cv1199 (AVC). March 25, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.