FILED

UNITED STATES DISTRICT COURT

2004 JUN 21  A 11: 11

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| CAROLINE LOONEY, AS PARENT AND GUARDIAN OF INDIA LOONEY AND ASIA LOONEY : | |
| vs. : | CIVIL ACTION NO. 302CV1199 (AVC) |
| STATE OF CONNECTICUT, DEPARTMENT OF ENVIRONMENTAL PROTECTION, AND JOHN PANAGIOTIDIS : | JUNE 14, 2004 |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff files this Motion for Enlargement of Time up to and including June 28, 2004, for the purpose of responding to Defendant's Motion for Summary Judgment. In support of this motion, Plaintiff cites the following:

1. Plaintiff requests the enlargement in order to research the legal issues raised in Defendant's motion and prepare a response.

2. Plaintiff's counsel has contacted Defense counsel who represents that he has no objection to the granting of this motion.

3. This is the fourth request for an enlargement of time regarding this time limit.

THE PLAINTIFF

BY _____
Francis D. Burke
MANGINES & BURKE, LLC
11115 Main Street, Suite 708
Bridgeport, CT 06604
(203) 336-0887
Fed. Bar No. 18688

## CERTIFICATION

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, this 14th day of June 2004, to:

Michael R. Bullers, Esq.
Attorney General's Office
P.O. Box 120
Hartford, CT 06141-0120

David M. Wallman, Esq.
Elizabeth A. DiRusso, Esq.
Wallman & DiRusso, LLC
750 Summer Street
Stamford, CT 06901

_____
Francis D. Burke