FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROLINE LOONEY, AS PARENT AND GUARDIAN OF INDIA LOONEY AND ASIA LOONEY | : <br> : <br> : |
| vs. | :    CIVIL ACTION NO. <br>      302CV1199 (AVC) |
| STATE OF CONNECTICUT, DEPARTMENT OF ENVIRONMENTAL PROTECTION, AND JOHN PANAGIOTIDIS | : <br> : <br> :    JUNE 14, 2004 |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff files this Motion for Enlargement of Time up to and including June 28, 2004, for the purpose of responding to Defendant's Motion for Summary Judgment. In support of this motion, Plaintiff cites the following:

1. Plaintiff requests the enlargement in order to research the legal issues raised in Defendant's motion and prepare a response.

2. Plaintiff's counsel has contacted Defense counsel who represents that he has no objection to the granting of this motion.

3. This is the fourth request for an enlargement of time regarding this time limit.

GRANTED.
Alfred V. Covello, U.S.D.J.
June 23, 2004.
SO ORDERED.

