34

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CAROLINE LOONEY, AS PARENT AND GUARDIAN OF INDIA LOONEY AND ASIA LOONEY | : <br> : <br> : |
| VS. | : CIVIL ACTION NO. <br> 302CV1199 (AVC) |
| STATE OF CONNECTICUT, DEPARTMENT OF ENVIRONMENTAL PROTECTION, AND JOHN PANAGIOTIDIS | : <br> : <br> : JULY 22, 2004 |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff files this Motion for Enlargement of Time up to and including August 28, 2004, for the purpose of responding to Defendant's Motion for Summary Judgment. In support of this motion, Plaintiff cites the following:

1. Parties are in the process of settling this case at the present time and need the additional time to complete the necessary paperwork.

2. Plaintiff's counsel has contacted Defense counsel who represents that he has no objection to the granting of this motion.

3. This is the sixth request for an enlargement of time regarding this time limit.

GRANTED.

Alfred V. Covello, U.S.D.J.

August 2, 2004.
SO ORDERED.