UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP 10 A 11: 53

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| CAROLINE LOONEY, AS PARENT AND GUARDIAN OF INDIA LOONEY AND ASIA LOONEY | : | |
| vs. | : | CIVIL ACTION NO. 302CV1199 (AVC) |
| STATE OF CONNECTICUT, DEPARTMENT OF ENVIRONMENTAL PROTECTION, AND JOHN PANAGIOTIDIS | : | SEPTEMBER 9, 2004 |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, counsel for the Plaintiff, upon prior discussions with the Plaintiff, and counsel for the Defendants in the above captioned cause of action hereby stipulate that this action be voluntarily dismissed by the court with prejudice. Both parties will bear their own legal fees and costs associated with this action.

Respectfully submitted,
Plaintiff,

By_____
Francis D. Burke (ct18688)
MANGINES & BURKE, LLC
1115 Main Street, Suite 708
Bridgeport, CT 06604
(203) 336-0887

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. Postage Prepaid, this _9th_ day of September 2004, to:

Michael R. Bullers, Esq.
Attorney General's Office
P.O. Box 120
Hartford, CT 06141-0120

David M. Wallman, Esq.
Elizabeth A. DiRusso, Esq.
Wallman & DiRusso, LLC
750 Summer Street
Stamford, CT 06901

Francis D. Burke