38

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

| | | |
|---|---|---|
| CAROLINE LOONEY, AS PARENT AND GUARDIAN OF INDIA LOONEY AND ASIA LOONEY | : | 2004 SEP 10  A 11: 53 |
| | | U.S. DISTRICT COURT HARTFORD, CT |
| vs. | : | CIVIL ACTION NO. 302CV1199 (AVC) |
| STATE OF CONNECTICUT, DEPARTMENT OF ENVIRONMENTAL PROTECTION, AND JOHN PANAGIOTIDIS | : | SEPTEMBER  9 , 2004 |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, counsel for the

Plaintiff, upon prior discussions with the Plaintiff, and counsel for the Defendants in the

above captioned cause of action hereby stipulate that this action be voluntarily dismissed

by the court with prejudice.  Both parties will bear their own legal fees and costs associated

with this action.

**FILED**

2004 SEP 13  P 4: 01

U.S. DISTRICT COURT
HARTFORD, CT.

September 13, 2004.  GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

Respectfully submitted,
Plaintiff,

By_____
    Francis D. Burke (ct18688)
    MANGINES & BURKE, LLC
    1115 Main Street, Suite 708
    Bridgeport, CT  06604
    (203) 336-0887