37

FILED

2004 SEP 10 A 11: 53

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CAROLINE LOONEY ET AL            :

VS.                              : DN 302 CV 1199 AVC

STATE OF CONNECTICUT             : SEPTEMBER 3, 2004
ET ALS

## STIPULATION

The undersigned Defendant John Panagiotidis and Plaintiff Caroline Looney hereby stipulate as follows:

1. The foregoing case shall be withdrawn, with prejudice to its further prosecution;

2. Both parties agree that the withdrawal of the case does not constitute an admission of liability or wrongdoing and that the parties expressly agree that they have concluded this lawsuit without acknowledgment of liability;

3. Both parties agree that neither shall disparage the other; and

4. The plaintiff shall execute and deliver a

02cv1199end37

September 13, 2004.   SO ORDERED.

Alfred V. Covello, S.D.J.